UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. PSARADELIS, et al.,<br><br>Defendants. | CASE NO. C16-1549JLR<br><br>ORDER |

Before the court is Plaintiff United States of America's ("the Government") January 10, 2017, motion. (Mot. (Dkt. # 6).) The Government asks the court to (1) construe *pro se* Defendants James C. Psaradelis and Cynthia L. Psaradelis's December 6, 2016, letter (12/6/16 Letter (Dkt. # 5)) as an answer, and (2) issue an initial scheduling order in this action (Mot. at 2).

The Psaradelises' December 6, 2016, letter addresses the tax-related allegations in the Government's complaint (*see* Compl. (Dkt. # 1)) and explains the Psaradelises' position on those allegations (*see* 12/6/16 Letter at 1-2). In addition, the Psaradelises'

ORDER - 1

letter appears responsive to a November 29, 2016, letter from the Government, in which the Government apprised the Psaradelises of the Government's intent to seek a default judgment if the Psaradelises did not file an answer by December 22, 2016.  (See Mot., Ex. A (Dkt. # 6-1) at 2.)  In light of these facts and the court's obligation to liberally construe the Psaradelises' *pro se* filings,[1] the court GRANTS the Government's motion (Dkt. # 6), CONSTRUES the Psaradelises' letter (Dkt. # 5) as their answer to the complaint, and DIRECTS the Clerk to issue an initial scheduling order.

Dated this 11th day of January, 2017.

JAMES L. ROBART
United States District Judge

---

[1] Unless the Psaradelises retain counsel, they are responsible for pursuing this case *pro se*.  Although the court may afford some leeway to *pro se* litigants, the Psaradelises are responsible for complying with case deadlines, the Federal Rules of Civil Procedure, and the Western District of Washington's Local Civil Rules.  Materials to assist *pro se* litigants, including a copy of the Local Civil Rules, are available on the United States District Court for the Western District of Washington's website.

ORDER - 2