Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cv-01549-JLR |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT |
| JAMES C. PSARADELIS and CYNTHIA L. PSARADELIS, | |
| Defendants. | |

Before the Court is the United States' Motion for Entry of Judgment against Defendants James C. Psaradelis and Cynthia L. Psaradelis. Based on the parties' Stipulation and Request for Order Reducing Tax Assessments to Judgment, and for good cause shown, it is hereby

ORDERED that:

1. The United States' Motion is GRANTED.

2. James Psaradelis is liable for the following federal income tax assessments:

~~PROPOSED~~ ORDER
Case No. 2:16-cv-01548-JLR

1

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062


| Tax Year | Date of Tax Assessments | Amounts Assessed |
|---|---|---|
| 2004 | Oct. 17, 2005 | $9 (tax) |
|  | Dec. 22, 2008 | $56,019 (tax)<br>$2,799.15 (late filing penalty)<br>$42,014.25 (fraud penalty)<br>$28,625.97 (interest) |
| 2007 | Nov. 14, 2011 | $34,947 (tax)<br>$7.211.70 (delinquency penalty)<br>$6,891.18 (failure to pay penalty)<br>$1,255.75 (estimated tax penalty)<br>$6,524.05 (interest) |

3. Cynthia Psaradelis is liable for the following federal income tax assessments:

| Tax Year | Date of Tax Assessments | Amounts Assessed |
|---|---|---|
| 2004 | Sept. 20, 2005 | $13 (prepayment penalty) |
|  | Oct. 24, 2005 | $3,511 (tax)<br>$528.75 (late filing penalty)<br>$81 (late payment penalty)<br>$92.77 (interest) |
|  | Oct. 16, 2006 | $10.50 (late payment penalty) |
|  | Nov. 13, 2006 | $18.50 (interest) |
|  | Dec. 22, 2008 | $41,556 (tax)<br>$10,679.25 (late filing penalty)<br>$8,543.40 (accuracy penalty)<br>$18,293.29 (interest) |
|  | Mar. 28, 2011 | $10,415.98 (late payment penalty) |

4. James Psaradelis and Cynthia Psaradelis are liable for the following federal income tax assessments:

PROPOSED ORDER
Case No. 2:16-cv-01548-JLR

2

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062

| Tax Year | Date of Tax Assessments | Amounts Assessed |
|---|---|---|
| 2005 | Mar. 12, 2007 | $2,407 (tax)<br>$541.57 (late filing penalty)<br>$132.38 (failure to pay penalty)<br>$219.91 (interest) |
|  | Dec. 22, 2008 | $32,216 (tax)<br>$8,054 (late filing penalty)<br>$24,162 (fraud penalty)<br>$13,746.32 (interest) |
| 2006 | Mar. 16, 2009 | $6,590 (tax)<br>$116 (estimated tax penalty)<br>$754.80 (failure to pay penalty)<br>$853.36 (interest) |
|  | Mar. 30, 2009 | $7.09 (interest) |
|  | Aug. 1, 2011 | $21,137 (tax)<br>$6,157.58 (late filing penalty)<br>$4,227.40 (accuracy penalty)<br>$6,704.92 (failure to pay penalty) |
| 2008 | May 13, 2009 | $10,003 (tax)<br>$241 (estimated tax penalty)<br>$450.13 (delinquency penalty)<br>$100.03 (failure to pay penalty)<br>$62.04 (interest) |

5. Judgment is granted in favor of the United States and against James Psaradelis for his unpaid federal income tax liabilities in the following amounts, as of October 31, 2017, plus interest and other statutory additions that continue to accrue: $171,945.02 for tax year 2004; $66,806.65 for tax year 2007.

6. Judgment is granted in favor of the United States and against Cynthia Psaradelis for her unpaid federal income tax liabilities in the following amount, as of October 31, 2017, plus interest and other statutory additions that continue to accrue: $122,540.88 for tax year 2004.

PROPOSED ORDER
Case No. 2:16-cv-01548-JLR

3

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062

7. Judgment is granted in favor of the United States and against James Psaradelis and Cynthia Psaradelis for their unpaid federal income tax liabilities in the following amounts, as of October 31, 2017, plus interest and other statutory additions that continue to accrue: $111,280.08 for tax year 2005; $64,626.84 for tax year 2006; and $16,886.08 for tax year 2008.

8. This Order concludes this action.

DATED this 15th day of November, 2017

*[signature]*

JAMES L. ROBART
United States District Judge

PROPOSED ORDER
Case No. 2:16-cv-01548-JLR

4

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6062